**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DANIEL M. THOMAS** **PLAINTIFF**
**ADC #657195**

**v.** **Case No. 4:26-CV-00939-JM**

**DOES** **DEFENDANT**

**ORDER**

Thomas has not complied with the September 15, 2026 Order directing him to file an amended complaint on the court-approved form and to either pay the filing and administrative fees for this case or file a complete motion to proceed *in forma pauperis*. *Doc. 3.* The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of October, 2026.

UNITED STATES DISTRICT JUDGE