**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DANIEL M. THOMAS** **PLAINTIFF**
**ADC #657195**

**v.** **Case No. 4:26-CV-00939-JM**

**DOES** **DEFENDANT**

**JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 29th day of October, 2026.

UNITED STATES DISTRICT JUDGE